# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | **CASE NO. 24-cr-415 (CRC)** |
| v. | : | |
| | : | **VIOLATIONS:** |
| **DAVID GARY,** | : | 18 U.S.C. § 1752(a)(2) |
| | : | **(Disorderly and Disruptive Conduct in a** |
| Defendant. | : | **Restricted Building or Grounds)** |

## STATEMENT OF OFFENSE

Pursuant to Fed. R. Crim. P. 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and the defendant, David Gary, with the concurrence of the defendant's attorney, agree and stipulate to the below factual basis for the defendant's guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

### *The Attack at the U.S. Capitol on January 6, 2021*

1. The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured twenty-four hours a day by U.S. Capitol Police (USCP). Restrictions around the Capitol include permanent and temporary security barriers and posts manned by USCP. Only authorized people with appropriate identification are allowed access inside the Capitol.

2. On January 6, 2021, the exterior plaza of the Capitol was closed to members of the public. The grounds around the Capitol were posted and cordoned off, and the entire area as well as the Capitol building itself were restricted as that term is used in Title 18, United States Code, Section 1752 due to the fact that the Vice President and the immediate family of the Vice President, among others, would be visiting the Capitol complex that day.

3.     On January 6, 2021, a joint session of the United States Congress convened at the Capitol. During the joint session, elected members of the United States House of Representatives and the United States Senate were meeting in separate chambers of the Capitol to certify the vote count of the Electoral College of the 2020 Presidential Election, which had taken place on Tuesday, November 3, 2020. The joint session began at approximately 1:00 PM. Shortly thereafter, by approximately 1:30 PM, the House and Senate adjourned to separate chambers to resolve a particular objection. Vice President Mike Pence was present and presiding, first in the joint session, and then in the Senate chamber.

4.     As the proceedings continued in both the House and the Senate, and with Vice President Pence present and presiding over the Senate, a large crowd gathered outside the Capitol. Temporary and permanent barricades, as noted above, were in place around the exterior of the Capitol, and USCP officers were present and attempting to keep the crowd away from the Capitol and the proceedings underway inside.

5.     At approximately 2:00 PM, certain individuals in the crowd forced their way through, up, and over the barricades. Officers of the USCP were forced to retreat and the crowd advanced to the exterior façade of the building. Officers with the D.C. Metropolitan Police Department were called to assist officers of the USCP who were then engaged in the performance of their official duties. The crowd was not lawfully authorized to enter or remain in the building and, prior to entering the building, no members of the crowd submitted to security screenings or weapons checks as required by USCP officers or other authorized security officials.

6.     At such time, the certification proceedings were still underway, and the exterior doors and windows of the Capitol were locked or otherwise secured. Members of the USCP attempted to maintain order and keep the crowd from entering the Capitol; however, shortly after

2:00 PM, individuals in the crowd forced entry into the Capitol, including by breaking windows and by assaulting members of law enforcement, as others in the crowd encouraged and assisted those acts. The riot resulted in substantial damage to the Capitol, requiring the expenditure of more than $2.9 million dollars for repairs.

7. Shortly thereafter, at approximately 2:20 PM, members of the House of Representatives and of the Senate, including the President of the Senate, Vice President Pence, were instructed to—and did—evacuate the chambers. Accordingly, all proceedings of the United States Congress, including the joint session, were effectively suspended until shortly after 8:00 PM on January 6, 2021. In light of the dangerous circumstances caused by the unlawful entry to the Capitol—including the danger posed by individuals who had entered the Capitol without any security screening or weapons check—Congressional proceedings could not resume until after every unauthorized occupant had been removed from or left the Capitol, and USCP confirmed that the building was secured. The proceedings resumed at approximately 8:00 PM after the building had been secured. Vice President Pence remained in the Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *The Defendant's Participation in the January 6, 2021, Capitol Riot*

8. On January 6, 2021, David Gary posted an image Instagram indicating that he was present at former President Trump's "Stop the Steal" rally by 7:30 a.m. *See* Image 1.



*Image 1 : Instagram post from Gary's Instagram account with the caption "7:30 am Jan 6"*

9. After attending the rally, Gary made his way to the west front of the U.S. Capitol Building. To enter the restricted perimeter, he climbed over a stone wall near the Peace Circle. *See* Image 2. He then forced entry into the building through the Senate Wing Door at approximately 2:48 p.m., just thirty-six minutes after the door was initially breached by rioters. At the time Gary entered, there were at least a dozen police officers trying to keep further rioters from entering the building, but Gary and other rioters pushed forward in spite of that police resistance. *See* Image 3.



*Image 2: Gary (circled in yellow) moments before climbing over the stone wall near the Peace Circle*



*Image 3: Gary (circled in yellow) forcing entry into the U.S. Capitol Building in the face of police presence (in green box)*

10. After entering the building, Gary proceeded to the front of the group and began yelling and gesturing at Capitol Police officers. *See* Image 4. At 2:49:25 pm, Gary removed his mask to continue yelling at officers. *See* Image 5.



*Image 4*



*Image 5*

11.     Gary remained in the corridor just inside the Senate Wing Doors for several minutes, yelling and gesticulating at the assembled Capitol Police officers. At approximately 3:01 p.m., Gary also appeared on another rioter's livestream from the Capitol Building. *See* Image 6. During that livestream, Gary can be heard saying: "I'm sure they had to evacuate. If we came in, they evacuated. For security. They're going to evacuate, that's just the rules. We breached the building … we're gonna go. … Nobody here. It's a vacant building." This same interaction was captured by U.S. Capitol Police CCTV at 3:01 p.m. *See* Image 7.



*Image 6*



*Image 7*

12.     U.S. Capitol Police CCTV further captured Gary in several locations within the building, including in the Crypt at approximately 3:04 p.m. *See* Image 8.



*Image 8: Gary in the Crypt of the Capitol*

13. At approximately 3:13 p.m., GARY returned to the Senate Wing area and exited the building at approximately 3:14 p.m. by climbing through a broken Senate Wing window. *See* Image 9 and 10.



*Image 9*


*Image 10*

14. After exiting the building, Gary continued to remain on the terracing the U.S. Capitol Building as the crowd chanted and cheered against police officers. *See* Image 11.



*Image 11*

15. AT&T records further show that on January 6, 2021, Gary's phone number ending in 5115 utilized a cell site consistent with providing service to a geographic area that included the interior of the United States Capitol building from approximately 1:00 p.m. to 6:30 p.m.

### *Elements of the Offense*

16. The parties agree that 18 U.S.C. § 1752(a)(2) requires the following elements:

    a. First, the defendant engaged in disorderly or disruptive conduct in, or in proximity to, any restricted building or grounds;

    b. Second, the defendant did so knowingly, and with the intent to impede or disrupt the orderly conduct of Government business or official functions.

### *Defendant's Acknowledgments*

17. The defendant knowingly and voluntarily admits to all the elements as set forth above. Specifically, the defendant admits that he knowingly engaged in disorderly or disruptive conduct within a restricted building, that is, the U.S. Capitol Building, where the Vice President was or would be temporarily visiting, with the intent to impede or disrupt the orderly conduct of Government business or official functions.

Respectfully submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:     */s/ Katherine E. Boyles*
Katherine Boyles
Assistant United States Attorney
D. Conn. Fed. Bar No. PHV20325
United States Attorney's Office
601 D Street NW
Washington, D.C. 20001
Katherine.Boyles@usdoj.gov
Phone: 203-931-5088

## DEFENDANT'S ACKNOWLEDGMENT

     I, David Gary, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 9/12/24

David Gary
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

     I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: September 12, 2024

Eric Bacaj, Esq.
Attorney for Defendant